## Case No. 4,794.

### FINLEY v. McCARTHY.

[1 Cranch, C. C. 266.] [1]

Circuit Court. District of Columbia. Nov. Term, 1805.

[1] [Reported by Hon. William Cranch, Chief Judge.]

Refused by THE COURT. There cannot be the same judgment against the administrator of the appearance-bail as against the principal.